UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDY LOPEZ DIAZ,

      Petitioner,

v.

WARDEN, FLORIDA SOFT SIDE
SOUTH,  ATTORNEY GENERAL
OF THE UNITED STATES,

      Respondents,

_____/

Case No. 2:26-cv-1867-KCD-KRH

## **ORDER**

Petitioner Andy Lopez Diaz filed a pro se habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) The petition is **DENIED WITHOUT PREJUICE** because it is not "signed and verified by the person for whose relief it is intended or by someone acting in his behalf" as required by law. *See* 28 U.S.C. § 2242; *Dominguez v. Warden*, No. 2:26-CV-00281-SPC-DNF, 2026 WL 383014, at *1 (M.D. Fla. Feb. 11, 2026). The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on July 2, 2026.

Kyle C. Dudek
United States District Judge